UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Hao Cen, <br><br> Plaintiff, <br> v. <br><br> DISH Network, LLC, <br><br> Defendant. | : Civil Action No.: _____ <br> : <br> : COMPLAINT <br> : <br> : June 1, 2016 |

For this Complaint, Plaintiff, Hao Cen, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Electronic Fund Transfer Act 15 U.S.C. § 1693, *et seq.* (the "EFTA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Hao Cen ("Plaintiff"), is an adult individual residing in Stamford, Connecticut, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant DISH Network, LLC ("DISH"), is a business entity located in Englewood, Colorado, which performs electronic fund transfers.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

5.  In or around January 2014, DISH began electronically debiting funds from Plaintiff's bank account.

6.  Plaintiff does not have an account with DISH and never provided his bank information or consent for electronic withdrawals to DISH.

7.  Nevertheless, from January 2014 to January 2016 DISH withdrew a varied amount of funds each month from Plaintiff's bank account.

## COUNT I
## VIOLATIONS OF THE EFTA, 15 U.S.C. § 1693 *et seq.*

8.  Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

9.  Plaintiff maintained an "account" as that term is defined in 15 U.S C. § 1693a(2).

10. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1693a(6).

11. The withdrawals from Plaintiff's account were "unauthorized electronic fund transfers" as defined in 15 U.S.C. § 1693a(12).

12. Defendant violated 15 U.S.C. § 1693e(a) in that Defendant executed unauthorized electronic fund transfers from Plaintiff's account.

13. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the EFTA.

14. Plaintiff is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1. Actual damages pursuant to 15 U.S.C. § 1693m(a)(1);

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1693m(a)(2)(A);

3. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1693m(a)(3);

4. Punitive damages; and

5. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

**Dated: June 7, 2016**

Respectfully submitted,

By  /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Attorney for Plaintiff